United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      V.                      **CASE NUMBER: 5:06-CV-1552 (DEP)**

**ONE 2004 JEEP GRAND CHEROKEE,
LIMITED SUV, VIN #1J8GW68JX4C153334,
NEW YORK LICENSE PLATE #CWK-7403,**

      **Defendant.**

**[ ]  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED  that the claimants have sixty (60) days from the date of this Order to pay the sum of $7,000.00 to the United States Marshal's Service and upon receipt of payment, the United States of America will within thirty (30) days, release the 2004 Jeep Grand Cherokee, Limited SUV, VIN #1J8GW68JX4C153334, New York license plate #CWK-7403 to Claimants John Anthony Ariola and John J. Ariola, by and through their attorney, Robert L. Tisdell, Esq.; and it is further

     ORDERED AND ADJUDGED that the sum of $7,000.00 in United States Currency is forfeited to the United States of America and the United States Marshal's Service for the Northern District of New York is directed to dispose of the $7,000.00 in United States Currency in accordance with law.

     All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 14th day of April. 2008.

| | |
|---|---|
| **April 15, 2008** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **BY:  Lori M. Welch** |
| | **DEPUTY CLERK** |